AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| GREEN CRUSH, LLC,<br>a California Limited Liability Company<br><br>*Plaintiff(s)*<br>v.<br>PARADISE SPLASH I, INC., See Attached<br><br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PARADISE SPLASH I, INC., a California corporation;
ADRIAN DURAN, an individual;
JOHN C. ROZENBERG, an individual;
SCANNING L.A., INC., a California corporation;
CLAUDIO MILEO, an individual; and
DOES 1 through 10, inclusive

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

OMAR A. SIDDIQUI, ESQ.
ULWELLING | SIDDIQUI LLP
695 TOWN CENTER DRIVE, SUITE 700
COSTA MESA, CALIFORNIA 92626

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____ _____
*Signature of Clerk or Deputy Clerk*

**ULWELLING | SIDDIQUI LLP**
Omar A. Siddiqui, Esq. (Bar No. 213581)
Daniel M. Josephson, Esq. (Bar No. 245895)
Brittany A. Ortiz, Esq. (Bar No. 305775)
695 Town Center Drive, Ste. 700
Costa Mesa, California 92626
Telephone:   (714) 384-6650
Facsimile:   (714) 384-6651
osiddiqui@usllp.com
djosephson@usllp.com
bortiz@usllp.com

Attorneys for Plaintiff,
**GREEN CRUSH, LLC**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA -- SOUTHERN DIVISION

| | |
|---|---|
| GREEN CRUSH, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>PARADISE SPLASH I, INC., a California corporation;<br>ADRIAN DURAN, an individual;<br>JOHN C. ROZENBERG, an individual;<br>SCANNING L.A., INC., a California corporation;<br>CLAUDIO MILEO, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR:**<br><br>**(1) TRADEMARK INFRINGEMENT [TRADE DRESS - 15 USC § 1121, et seq.];**<br>**(2) FALSE DESIGNATION OF ORIGIN [15 USC § 1125(a)];**<br>**(3) UNFAIR COMPETITION UNDER LANHAM ACT [15 USC 1125(a), et seq.];**<br>**(4) COMMON LAW TRADEMARK INFRINGEMENT;**<br>**(5) UNFAIR BUSINESS PRACTICES [CA BUS. & PROF. CODE § 17200];**<br>**(6) BREACH OF CONTRACT (COUNT I);**<br>**(7) BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING (COUNT I);**<br>**(8) BREACH OF CONTRACT (COUNT II);**<br>**(9) BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING (COUNT** |

1

**COMPLAINT**